**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**SHELTER LIFE INSURANCE COMPANY**                     **PLAINTIFF**

**V.**                **CASE NO. 4:12CV00098 BSM**

**CHRISTINE MECHAM**                                  **DEFENDANT**

**V.**

**RYAN WEBB**                                                   **INTERVENOR**

**JOINT STIPULATION REGARDING CLAIMS AND DEFENSES**

Defendant Christine Mecham and Intervenor Ryan Webb, make the following Joint Stipulations Regarding Claims and Defenses in order to specifically state their respective claims and defenses in this interpleader action. This stipulation contains all of the parties' claims and defenses, but the parties specifically reserve the right to challenge the admissibility of the assertions contained below.

1. This interpleader action requires a determination by the Court regarding who is the rightful beneficiary of two life insurance policies (the "Policies") owned by Steven Henderson.

2. Mr. Henderson purchased the Policies on April 3, 2007 from Shelter Insurance Co. ("Shelter"), through his nephew Ryan Webb, who was an agent for Shelter.

3. The Policies named Ryan Webb as beneficiary.

4. On July 11, 2008, Shelter Received two change of beneficiary forms, naming Christine Mecham as beneficiary of the Policies.

5. Mr. Henderson died on December 29, 2011.

6. After Mr. Henderson's death, his sister, Gail Williams, filed a petition to administer Mr. Henderson's estate in Stone County, Arkansas. In her petition, Ms. Williams stated that Mr. Henderson died intestate.

7. Ms. Mecham then intervened in the Stone County action, and petitioned to probate a will executed by Mr. Henderson. Ms. Williams challenged that will as a forgery, among other defenses, but the Circuit Court ultimately admitted the will to probate. Ms. Williams was then removed as personal representative of Mr. Henderson's estate.

8. On January 5, 2012, Ms. Williams made a claim with Shelter on the Policies. Ms. Williams claimed the Estate of Steven Henderson should receive the proceeds under the Policies.

9. Ms. Mecham also filed a claim on the Policies with Shelter.

10. Faced with what it perceived as conflicting claims for the insurance proceeds, Shelter filed this interpleader action.

11. Following the Stone County Circuit Court's admitting Mr. Henderson's will to probate and removing Ms. Williams as personal representative, this Court dismissed Ms. Williams from this interpleader action.

12. On March 14, 2012, the original beneficiary, Ryan Webb, intervened in this action, claiming that he should receive the proceeds from the Policies.

13 Mr. Webb advances two bases for his claim to the Policies' proceeds. First, he claims that Mr. Henderson's signature on the change of beneficiary forms naming Ms. Mecham was forged. Second he contends that, if the signature was not forged, Ms. Mecham exercised undue influence on Mr. Henderson, and the change of beneficiary form should be set aside on those grounds.

14. Ms. Mecham contends that the change of beneficiary forms are validly executed, and the forms name her as the beneficiary under the Policies. Ms. Mecham denies that Mr. Webb is entitled to the proceeds. Ms. Mecham asserts the defenses of laches, statute of limitations, waiver, and estoppel to Mr. Webb's claim for the Policies' proceeds.

Respectfully submitted,

By: /s/ Clayborne S. Stone

Clayborne S. Stone, Ark. Bar No. 2003102
Alex T. Gray, Ark. Bar No. 2008127
MITCHELL, WILLIAMS, SELIG,
GATES & WOODYARD, P.L.L.C.
425 West Capitol Avenue, Suite 1800
Little Rock, Arkansas 72201
Phone: 501-688-8886
Fax: 501-918-7886
Email: *cstone@mwlaw.com*

*And*

By: /s/ Casey Castleberry

Tom Thompson, Ark Bar No. 77133
Casey Castleberry, Ark. Bar No. 2003109
MURPHY, THOMPSON, ARNOLD,
SKINNER, & CASTLEBERRY
P.O. Box 2595
Batesville, AR 72503-2595
Caseycastleberry2003@yahoo.com