# INTERVENOR'S

# EXHIBIT 2

To the LOVE OF MY LIFE,

**Chris, I need to tell you how much this morning and today meant to me.** The indescribable feeling and the emotions that are in me is unreal. You have given me a new outlook on life that I want to so much to be with you every minute, every hour of every day for the rest of my life. Sweetheart, you make me feel so alive within and the peace that you bring to my heart is beyond description.

**To kiss your lips and your breasts and to hold you close is something that I thought would never be possible. You make me feel like a real and a whole man by the way you are with me, when you hold me and kiss me the way you did today. Your kisses are wonderful, your lips are something I desire to have on mine. There is so much about your body that I want to experience and love, I can't wait until our wedding night. That night will be the most precious night of my life. And I know that there will be some beautiful nights leading up to that night.**

My love for you cannot be described in words the way I want to , but to show you physically is the only way I know how. To make love to you will be a beautiful and passionate time for us and very special part of our life together. Darling, I no other way to express my deepest love for you than what I've said in this letter and to tell you every day for the rest of our lives that I deeply, passionately, and withal that is within me LOVE, CHERISH and ADORE you so very, very much.

It is so very hard to not be near you or to be able to talk with you and when you leave me even for the short period of time my heart almost breaks into. The time apart will make our time together even more special. You are so beautiful and warm and passionate toward me that it takes my breath away and it makes me feel that I'm the only man that will ever be in your life, and I know that is the way it is between us. I will always be by your side and nothing will every come between us. We are a great couple and the best of friends, this will make our life together even more solid and special because of that friendship that we have. Darling, I LOVE YOU AND I AM IN LOVE WITH YOU!!!!!!!!!!!!!!!!!!!!!

Sweetheart, it's Tuesday morning and I miss you more than ever. I went to sleep last night after you left, with a heaviness in my heart for you but yet there was a peace also because of the love that I have for you and the love that I know that you have for me. At 9:00 I told you that I LOVE YOU And said good night but you were in my thoughts all night. I continually think about you and what you might be doing and waiting and hoping that my cell phone will ring and it will be you on the other end. Your voice gives me so much comfort you will never know.

*Chris, I know that we said we will have to wait until things are right, but my love for you can't wait. It is something that burns very deeply inside of me, that I don't want to waste a precious minute of*

*our lives. I want to tell you come to me right now in my heart but I know it has to be in God's timing. I have never written a letter like this* before, that's because there is no one like you in this world. I hope we will have some time to be together before you have to fly back to Florida, I started to say home but that's not right, because this is your home with me and I want that more than I can tell you. We are so perfect together, and our lives are one in the sense that our love goes beyond the physical, it is a very deep love, an emotional love, and a sincere love, I hope you can understand my thoughts.

**Chris, I know Mr. George is a great person but I saw something yesterday and I started to say this to you. I can see what your were telling me about not having the feeling with him that you and I had together yesterday. Forgive me, for saying this but he is not the right person for you. I'm not saying there is anything wrong with him but something in my spirit told me this, you're not happy in this relationship and I saw it even before what happened between us yesterday. I actually saw this the first time you were together in my presences, I hope this makes sense to you. Darling, you know that I would harm you in any way, because I love you to much and I desperately want to be with you every day.**

**WITH ALL MYLOVE(FOREVER)**

**Stevie   (YBF)- BELIEVE, LIVE, LAUGH, LOVE, HOPE, TRUST, DREAM ABOUT YOU UNTIL WE ARE TOGETHER**