# INTERVENOR'S

# EXHIBIT 3



Print - Close Window

**Date:** Sat, 8 Dec 2007 10:07:56 -0800 (PST)

**From:** "Chris Mecham" <csmecham51@yahoo.com>

**Subject:** a few photos and words. xx

**To:** srhenderson53@yahoo.com

I do not have words to describe how you write me your thoughts and love honey
I am speechless.  I melt reading your note and know we are so connected with love and secure with one another.  That is one thing we both know is our security with each other.  Our bond is solid and safe honey.
I will call you soon.
This photo is my fireplace here at home
Bye for now, I love you sweetheart.
YBF forever and lover, ←————
Chris

Be a better friend, newshound, and know-it-all with Yahoo! Mobile. Try it now.

**Attachments**



United_Christmas_Party_and_Home_photos_022.jpg (2.2MB) [View]   United_Christmas_Party_and_Home_photos_031.jpg (

United_Christmas_Party_and_Home_photos_010.jpg (2.2MB) [View]

From: Chris Mecham (csmecham51@yahoo.com)
To: srhenderson53@yahoo.com
Date: Sunday, December 9, 2007 12:48:03 PM
Subject: Sunday

I Love You.
Where are you. Church and lunch I hope honey

Could you resend me your photos of you and megan? And resend the Contractor
web sites.
I goofed. I deleted few things and must have had all checked off.
I am very sad because all my stuff is gone.
Please give me a call or Hugh on our phones
We are going shopping right now.
Love and Miss you !!!

PS sweetheart, Here are a few more pictures of my
kitchen. That little Island is not permanent and it shouldn'd be there
It takes up too much room
That bakers rack is not permanent either
and I think the kitchen should be remodeled slightly with the
counter extending out and a slight U back only little bit and have
a eat in kitchen bar type
there.
I think the round dining room table should be gone and
a dining room cabinet for china go there.
I like the wide open area and I think it can be opened up even
more