# INTERVENOR'S

# EXHIBIT 4

